**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6000**

———————

WILLIAM RICKY DIXON,

Plaintiff - Appellant,

versus

LONNIE M. SAUNDERS, Warden, Augusta Correc-
tional Center,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-95-374-R)

———————

Submitted: July 24, 1997          Decided: August 6, 1997

———————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Ricky Dixon, Appellant Pro Se. Jill Theresa Bowers, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his requests to have counsel appointed and to have sanctions imposed for the Appellee's failure to comply with the district court's discovery orders. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dixon v. Saunders, No. CA-95-374-R (W.D. Va. Nov. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED